CYNDEE L. PETERSON
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
Email: Cyndee.Peterson@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
BILLINGS DIV.
2011 JAN 20 PM 3 36
PATRICK E. _____
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# MISSOULA DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM RICHARD NIELSEN,<br><br>Defendant. | CR 11-08-M-DWM<br><br>**INDICTMENT**<br><br>COERCION & ENTICEMENT OF A MINOR<br>Title 18 U.S.C. § 2422(b)<br>Title 18 U.S.C. § 3559(d)(1)(A)<br>(Penalty: Mandatory minimum life imprisonment, $250,000 fine, and lifetime supervised release)<br><br>FORFEITURE<br>Title 18 U.S.C. § 2253 |

1

THE GRAND JURY CHARGES:

Between approximately December 15, 2010, and January 5, 2011, at Missoula, in the State and District of Montana, the defendant, WILLIAM RICHARD NIELSEN, did use any facility of interstate and foreign commerce, to knowingly persuade, induce, entice and coerce a 12 year old girl, name withheld to protect victim's privacy, to engage in any sexual activity for which any person could be charged with an offense, namely Sexual Intercourse Without Consent pursuant to Mont. Code. Ann. § 45-5-503, in violation of 18 U.S.C. § 2422(b).

## FORFEITURE ALLEGATION

As a result of the commission of the crime described above, and upon his conviction, the defendant, WILLIAM RICHARD NIELSEN, shall forfeit to the United States, all right, title, and interest in the following described property that represents property used to commit that offense:

Acer laptop computer, serial number 00144-342-354-201

Samsung mobile phone, serial number A0000014719C33 (hex)

as provided for in 18 U.S.C. § 2253.

A TRUE BILL.

_____
FOREPERSON

_____
MICHAEL W. COTTER
United States Attorney
Attorney for Plaintiff

_____
KRIS A. McLEAN
Criminal Chief Assistant U.S. Attorney
Attorney for Plaintiff

Crim. Summons _____
Warrant: __USMS Custody__
Bail: _____

3