IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 11-08-M-DWM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE |
| | ) | |
| WILLIAM RICHARD NIELSEN, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant, William Richard Nielsen, is hereby notified that based on the factors in 18 U.S.C. § 3553(a) the Court is considering imposing a sentence above the advisory guidelines range set forth in the Presentence Investigation Report.

DATED this 7th day of June, 2011.

Donald W. Molloy, Chief Judge
United States District Court

1