UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 05 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. WILLIAM RICHARD NIELSEN, Defendant - Appellant. | No. 11-30189<br><br>D.C. No. 9:11-cr-00008-DWM-1<br>U.S. District Court for Montana, Missoula<br><br>**MANDATE** |

The judgment of this Court, entered September 12, 2012, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Theresa Benitez
Deputy Clerk