UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 31 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. WILLIAM RICHARD NIELSEN, Defendant - Appellant. | No. 12-30378<br><br>D.C. No. 9:11-cr-00008-DWM-1<br>U.S. District Court for Montana, Missoula<br><br>**MANDATE** |

The judgment of this Court, entered January 08, 2014, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Jessica F. Flores
Deputy Clerk